IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EARLENE SHORT DILLE,                                  CV 07-0615-MA

    Plaintiff,                                        JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

    Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner is AFFIRMED. This action is DISMISSED.

    IT IS SO ORDERED.

    DATED this  23  day of April, 2008.

                                       /s/ Malcolm F. Marsh
                                       MALCOLM F. MARSH
                                       United States District Judge

1 - JUDGMENT